IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

MICHAEL C. BARSON, )
)
Petitioner, )
)
v. ) NO. CV 98-PT-1617-E
)
BUREAU OF PRISONS and )
WARDEN J. L. SIVLEY, )
)
Respondents. )

## MEMORANDUM OF OPINION

The petitioner, Michael C. Barson, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He asserts that he is entitled to immediate "early release" under 18 U.S.C. § 3621(e). This claim is premised on his completion of the Bureau of Prisons' residential drug abuse treatment program.

On September 23, 1999, the court was informed that the petitioner had been released from the custody of the Bureau of Prisons. The respondents requested that this matter be dismissed as moot because there was no longer any case or controversy. On September 28, 1999, the magistrate judge assigned this case entered an order requiring the petitioner to appear and show cause why this matter should not be dismissed. The petitioner has not responded to the courts order.

Accordingly, Barson's petition for a writ of habeas corpus is due to be dismissed as moot.

**DONE**, this 21st day of October, 1999.

ROBERT B. PROPST
UNITED STATES SENIOR DISTRICT JUDGE